JAMES M. MALONEY (514252)
Attorney for Plaintiff
33 Bayview Avenue
Port Washington, New York 11050
Telephone: (516) 767-1395
Email: maritimelaw@nyu.edu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN NUCCIO,　　　　　　　　　　　　　　　7:13-CV-1556 (MAD) (TWD)
　　　　　　　　　　　　Plaintiff,
　　　　　- against -
　　　　　　　　　　　　　　　　　　　　　　　　　　**RULE 5.1 NOTICE**

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of Saint Lawrence, New York

　　　　　　　　　　　　Defendant.

------------------------------------------------------------------X

TO:　　Deanna R. Nelson, Esq.
　　　　NYS Attorney General's Office
　　　　317 Washington Street
　　　　Watertown, NY 13601-3744

COUNSEL:

　　　　To the extent required, Plaintiff hereby gives notice as per Rule 5.1 of the Federal Rules of Civil Procedure as follows:

　　　　1. Plaintiff, in the Complaint herein, *q.v.*, draws into question the constitutionality of a statute or statutes of New York, namely, Penal Law §§ 265.00-265.02, as applied in the recent prosecution of Plaintiff for the simple possession of nunchaku or "chuka sticks" within his Home.

　　　　2. Except to the extent that the District Attorney of the County of Saint Lawrence is or may be an officer of the State of New York, *see Nassau Spielman Motor Sales Co. v. Dodge*, 295 U.S. 89, 92-93 (1935) (*but see Fisher v. State*, 23 Misc. 2d 935, 203 N.Y.S.2d 363 (New York Court of Claims 1959) (*contra*)), neither a State nor any agency, officer or employee thereof is a party to this action.

Dated: January 22, 2014
　　　　Port Washington, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES M. MALONEY (514252)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff