UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN NUCCIO,<br><br>                                       Plaintiff,<br>    v.<br><br>NICOLE DUVÉ, in her official capacity as District Attorney of the County of St. Lawrence<br><br>                                     Defendants. | Civil Action No:<br>7:13-CV-1556 (MAD/TWD) |

       **PLEASE TAKE NOTICE** that Hancock Estabrook, LLP (Zachary M. Mattison, Esq.) hereby appears in the above-entitled action as counsel for Defendant.

**DATED:** January 24, 2014                           **HANCOCK ESTABROOK, LLP**

                                                         By:   s/ Zachary M. Mattison
                                                                   Zachary M. Mattison, Esq.
                                                                   Bar Roll No.:  514407
                                                                   1500 AXA Tower I
                                                                   100 Madison Street
                                                                   Syracuse, New York 13202
                                                                   Tel:  (315) 565-4500