UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN NUCCIO,<br><br>                                         Plaintiff,<br>v.<br><br>NICOLE DUVÉ, in her official capacity as District Attorney of the County of St. Lawrence<br><br>                                         Defendants. | Civil Action No:<br>7:13-CV-1556 (MAD/TWD) |

## CERTIFICATE OF SERVICE

I, Zachary M. Mattison, certify that on January 24, 2014, I electronically filed a Notice of Appearance with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to all counsel of record.

**DATED:**  January 24, 2014                             s/ Zachary M. Mattison
                                                                            **ZACHARY M. MATTISON**

{H2219403.1}