UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN NUCCIO,

Plaintiff,

v.

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of St. Lawrence

Defendants.

**STIPULATION TO EXTEND TIME
TO RESPOND**

Civil Action No:
7:13-CV-1556 (MAD/TWD)

**IT IS HEREBY STIPULATED** that the time for Defendant Nicole Duvé to answer, move, or

otherwise respond to the Complaint in the above-captioned action is extended through and

including March 31, 2014.

**DATED**: January 24, 2014

**HANCOCK ESTABROOK, LLP**

By:  s/ James M. Maloney
     James M. Maloney, Esq.
     (Bar Roll No. 514252)
     *Attorney for Plaintiff*
     33 Bayview Avenue
     Port Washington, New York 11050
     (516) 767-1395

By:  s/ Zachary M. Mattison
     Zachary M. Mattison, Esq.
     (Bar Roll No. 514407)
     *Attorneys for Defendants*
     1500 AXA Tower I
     100 Madison Street
     Syracuse, New York 13202
     (315) 565-4500

**SO ORDERED:**

Date: January ___, 2014

_____
**U.S. MAGISTRATE JUDGE THÉRÈSE WILEY DANCKS**

{H2175639.1}