UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN NUCCIO,

Plaintiff,

v.

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of St. Lawrence

Defendants.

Civil Action No:
7:13-CV-1556 (MAD/TWD)

CERTIFICATE OF SERVICE

I, Zachary M. Mattison, certify that on January 24, 2014, I electronically filed a

Stipulation To Extend Time To Respond with the Clerk of the United States District Court for

the Northern District of New York, using the CM/ECF system, which sent notification of such

filing to all counsel of record.

DATED:  January 24, 2014

s/ Zachary M. Mattison
ZACHARY M. MATTISON