UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STEPHEN NUCCIO,

        Plaintiff,

  - against -

                         7:13-CV-1556 (MAD) (TWD)

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of Saint Lawrence, New York

        Defendant.

------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2014, I electronically filed Document 5, consisting of a Rule 5.1 notice, with the Clerk of the District Court using the CM/ECF system, which has sent notification to the following attorney who has appeared for the Defendant: Zachary M. Mattison, Esq., Hancock, Estabrook Law Firm, 1500 AXA Tower I, 100 Madison Street, Syracuse, NY 13221-4976.

  I further certify that on January 22, 2014, responding to a request made to me through the Saint Lawrence County Attorney by Deanna R. Nelson, Esq., Deputy Attorney General of the State of New York, I sent a pdf copy of Document 5, consisting of the same Rule 5.1 notice by email, to **Deanna.Nelson@ag.ny.gov**, in which email I in turn made the following request of Ms. Nelson: "I respectfully request that you accept service of the attached Rule 5.1 notice as per the Rule's optional 'electronic address' provision."

  Finally, I hereby certify that on January 28, 2014, I mailed, by Certified Mail, Return Receipt Requested, a paper copy of Document 5, consisting of the same Rule 5.1 notice, to:

  **Deanna R. Nelson, Esq.**
  **NYS Attorney General's Office**
  **317 Washington Street**
  **Watertown, NY 13601-3744**

Dated: January 28, 2014
   Port Washington, New York

                   */s/ James M. Maloney*
                   JAMES M. MALONEY (514252)
                   Attorney for Plaintiff
                   33 Bayview Avenue
                   Port Washington, New York 11050
                   Telephone: (516) 767-1395
                   Email: maritimelaw@nyu.edu