UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

STEPHEN NUCCIO,

       Plaintiff,

  - against -                7:13-CV-1556 (MAD) (TWD)

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of Saint Lawrence, New York

       Defendant.

-----------------------------------------------------------------------X

## CORRECTED CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2014, I electronically filed Document 5, consisting of a Rule 5.1 notice or statement, with the Clerk of the District Court using the CM/ECF system, which occurred before the appearance for the Defendant of Zachary M. Mattison, Esq., Hancock, Estabrook Law Firm, 1500 AXA Tower I, 100 Madison Street, Syracuse, NY 13221-4976.

  I further certify that on January 22, 2014, responding to a request made to me through the Saint Lawrence County Attorney by Deanna R. Nelson, Esq., Deputy Attorney General of the State of New York, I sent a pdf copy of Document 5 as an email attachment to Deanna R. Nelson, Esq. and to Zachary M. Mattison, Esq.

  A true copy of an email acknowledgment by Zachary M. Mattison, Esq. of the above-described email service upon him is annexed hereto as Exhibit 1.

  Finally, I hereby certify that on January 28, 2014, I mailed, by Certified Mail, Return Receipt Requested, a paper copy of Document 5, consisting of the same Rule 5.1 notice, to:

  **Deanna R. Nelson, Esq.**
  **NYS Attorney General's Office**
  **317 Washington Street**
  **Watertown, NY 13601-3744**

Dated: January 29, 2014
    Port Washington, New York

                 /s James M. Maloney
                JAMES M. MALONEY (514252)
                Attorney for Plaintiff
                33 Bayview Avenue
                Port Washington, New York 11050
                Telephone: (516) 767-1395
                Email: maritimelaw@nyu.edu