

James Michael Maloney <jmm257@nyu.edu>

---

**Rule 5.1 Statement**
1 message

---

**Zachary M. Mattison** <zmattison@hancocklaw.com>  Wed, Jan 29, 2014 at 5:21 PM
To: "maritimelaw@nyu.edu" <maritimelaw@nyu.edu>

Jim,

    This is acknowledging service of the Plaintiff's Rule 5.1 Statement.


Thanks.  –Zach.


**Zachary M. Mattison**

**Hancock Estabrook, LLP**
1500 AXA Tower I

100 Madison Street | Syracuse, New York 13202

Phone: 315.565.4538 | Direct Fax: 315.565.4638 | Mobile: 315.430.4385

Email: **zmattison@hancocklaw.com** | www.hancocklaw.com

