UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN NUCCIO,

                                                  Plaintiff,

        v.

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of St. Lawrence

                                                  Defendants.

**STIPULATION TO EXTEND TIME
TO RESPOND**

Civil Action No:
7:13-CV-1556 (MAD/TWD)

        **IT IS HEREBY STIPULATED** that the time for Defendant Nicole Duvé to answer, move, or

otherwise respond to the Complaint in the above-captioned action is extended through and

including April 30, 2014.

**DATED**: March 12, 2014

                                                  **HANCOCK ESTABROOK, LLP**

By:  s/ James M. Maloney                    By:  s/ Zachary M. Mattison
     James M. Maloney, Esq.                      Zachary M. Mattison, Esq.
     (Bar Roll No. 514252)                       (Bar Roll No. 514407)
     *Attorney for Plaintiff*                    *Attorneys for Defendant*
     33 Bayview Avenue                            1500 AXA Tower I
     Port Washington, New York 11050              100 Madison Street
     (516) 767-1395                               Syracuse, New York 13202
                                                  (315) 565-4500

**SO ORDERED:**

Date: March ___, 2014          _____
                               **U.S. MAGISTRATE JUDGE THÉRÈSE WILEY DANCKS**

{H2251409.1}