UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN NUCCIO,

                                    Plaintiff,          Civil Action No:
v.                                                      7:13-CV-1556 (MAD/TWD)

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of St. Lawrence

                                  Defendants.

**CERTIFICATE OF SERVICE**

     I, Zachary M. Mattison, certify that on April 29, 2014, I electronically filed a motion to dismiss or stay, and all accompanying papers, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to all counsel of record.

**DATED:** April 29, 2014                                    s/ Zachary M. Mattison
                                                                   **ZACHARY M. MATTISON**

{H2219401.1}