

# HANCOCK ESTABROOK, LLP
COUNSELORS AT LAW

ZACHARY M. MATTISON
(315) 565-4538
zmattison@hancocklaw.com

May 2, 2014

**VIA CM/ECF**
Magistrate Judge Thérèse Wiley Dancks
United States Court for the Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7367

      RE:    *Nuccio v. Duvé*
                   7:13-CV-1556 (MAD/TWD)

Dear Judge Dancks:

      This office represents Nicole Duvé in this matter. This is a joint submission asking for an adjournment of the Rule 16 Conference, and for an extension of the deadlines for submitting a Civil Case Management Plan and mandatory disclosures.

      Pursuant to the Court's Text Order dated March 14, 2014 (Dkt. 14), the initial conference is set for May 12, 2014 at 10:00 a.m. and the Civil Case Management Plan and mandatory disclosures are to be completed by May 5, 2014. However, on April 29, 2014, defendant filed a motion to dismiss, or in the alternative, to stay the proceedings pending the outcome of, what defendant argues, is a related matter currently being litigated in the United States District Court for the Eastern District of New York. (Dkt. 15).

      Therefore, the parties respectfully request an adjournment of the deadlines for mandatory disclosures and submission of the Civil Case Management Plan, and to defer the Rule 16 Conference until the Court decides the pending motion.

      Thank you for your consideration.

                                Respectfully yours,

                                HANCOCK ESTABROOK, LLP

                                Zachary M. Mattison

ZMM/imv
cc:    All Counsel of Record *(via CM/ECF)*