<table>
<tr><td>ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME COURT;<br>U.S. COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>U.S. DISTRICT COURTS FOR THE<br>DISTRICT OF CONNECTICUT,<br>NORTHERN DISTRICT OF FLORIDA,<br>NORTHERN DISTRICT OF ILLINOIS,<br>DISTRICT OF NEW JERSEY, AND<br>NORTHERN, SOUTHERN & EASTERN<br>DISTRICTS OF NEW YORK; U.S.<br>COURT OF INTERNATIONAL TRADE;<br>U.S. COURT OF FEDERAL CLAIMS.</td><td align="center">**JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050</td><td>TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>maritimelaw@nyu.edu</td></tr>
</table>

May 8, 2014

The Honorable Mae A. D'Agostino  
United States District Judge              **VIA ECF ONLY**  
Northern District of New York  
James T. Foley Courthouse  
445 Broadway, Suite 509  
Albany, NY 12207

        Re:    *Nuccio v. Duvé*, 13-CV-1556 (MAD/TWD)

Dear Judge D'Agostino:

    I represent the Plaintiff, Stephen Nuccio, in the above-captioned matter.

    I write pursuant to Local Rule 7.1(j) to request an adjournment of the return date of Defendant's motion (Docket No. 15 *et seq*.) from the current return date of June 3, 2014, and accordingly note the following:

(1) The parties have agreed to the requested adjournment of the return date.  
(2) The new return date requested is Tuesday, July 1, 2014.  
(3) The date for opposing party (Plaintiff) to file papers would be Friday, June 13, 2014.  
(4) The date moving party (Defendant) to file papers would be Friday, June 20, 2014.

    Thank you for your consideration of this request.

                                          Respectfully,

                                          James M. Maloney

cc: all counsel of record (via ECF)