UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

STEPHEN NUCCIO,
      Plaintiff,
 - against -          **7:13-CV-1556 (MAD) (TWD)**

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of Saint Lawrence, New York

      Defendant.
-----------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Carolyn E. Weissbach, Esq. hereby appears as additional counsel on behalf of Plaintiff for the purpose of opposing Defendant's motion to dismiss or stay the action.

Dated: June 13, 2014

            /s Carolyn E. Weissbach
            Carolyn E. Weissbach, Esq.
            Bar Roll Number: 518801
            P.O. Box 23
            Houghton, MI 49931
            Telephone: (906) 370-3173