UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

STEPHEN NUCCIO,

                    Plaintiff,

       - against -                                       7:13-CV-1556 (MAD) (TWD)

NICOLE DUVÉ, in her official capacity as District
Attorney of the County of Saint Lawrence, New York

                    Defendant.

-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Carolyn E. Weissbach, hereby certify that on June 13, 2014, I electronically filed a Notice of Appearance and an opposition to Defendant's motion to dismiss or stay, and all accompanying papers, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: June 13, 2014

                                                      /s  Carolyn E. Weissbach
                                                      Carolyn E. Weissbach