UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN NUCCIO,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br>　v.<br><br>NICOLE DUVÉ, in her official capacity as District Attorney of the County of St. Lawrence<br><br>　　　　　　　　　　　　　　　　Defendants. | Civil Action No:<br>7:13-CV-1556 (MAD/TWD) |

### CERTIFICATE OF SERVICE

　　　I, Zachary M. Mattison, certify that on June 20, 2014, I electronically filed a reply in further support of a motion to dismiss or stay, and all accompanying papers, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to all counsel of record.

**DATED:**  June 20, 2014　　　　　　　　　　　　　　s/ Zachary M. Mattison
　　　　　　　　　　　　　　　　　　　　　　　　　　**ZACHARY M. MATTISON**

{H2318167.1}