UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**M I N U T E   O R D E R**

**STEPHEN NUCCIO,**
        **Plaintiff,**

    **V.**                                          **7:13- CV-1556 (MAD/TWD)**

**NICOLE DUVE,** *in her official capacity as*
*District Attorney of the County of Saint*
*Lawrence, New York*,
        **Defendant.**

On March 16, 2015 the Court issued a Memorandum-Decision and Order staying the above listed action pending resolution of *Maloney v. Rice*, No. 03-cv-00786 (E.D.N.Y.). It appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that there was a final resolution in the action pending in the Eastern District of New York.

Upon notification to reopen the action, the parties are directed to request a Rule 16 conference with the Court so that a new scheduling order can be issued.

The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Dated:     March 16, 2015
             Albany, New York

*Mae A. D'Agostino*
U.S. District Judge